**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WASHINGTON METROPOLITAN AREA<br>TRANSIT AUTHORITY<br>600 Fifth Street, NW<br>Washington, D.C. 20001 | )<br>)<br>)<br>) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No._____ |
| | ) |
| UNION STATION VENTURE LTD.<br>1875 I Street, N.W.<br>Suite 410<br>Washington, D.C. 20006<br>  Serve: Corporation Trust Company<br>  Registered Agent<br>  1025 Vermont Avenue, N.W.<br>  Washington, D.C. 20005 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| | ) |
| and | ) |
| | ) |
| ARK UNION STATION, INC.<br>85 Fifth Avenue<br>14th Floor<br>New York, New York 10003<br>  Serve: Corporation Service Company<br>  Registered Agent<br>  1090 Vermont Avenue, N.W.<br>  Washington, D.C. 20005 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| | ) |
| and | ) |
| | ) |
| ARK RESTAURANTS CORPORATION<br>85 Fifth Avenue<br>New York, New York 10003<br>  Serve: District of Columbia Department of<br>  Consumer and Regulatory Affairs<br>  Corporations Division, Business License Center<br>  1100 4th Street, S.W., 2nd Floor<br>  Washington, D.C. 20024 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| | ) |
| and | ) |
| | ) |

1

JONES LANG LASALLE AMERICAS INC.
200 East Randolph Drive
Chicago, IL 60601                                    )
  Serve:  Corporation Service Company        )
  Registered Agent                           )
  1090 Vermont Avenue, N.W.                   )
  Washington, D.C. 20005                      )
                                                     )
    and                               )
                                                     )
UNION STATION REDEVELOPMENT                          )
CORPORATION                                          )
10 G Street, N.E.                                    )
Washington, D.C. 20002                               )
  Serve: CT Corporation System               )
  Registered Agent                           )
  1015 15th Street, N.W., Suite 1000 )
  Washington, D.C. 20005                      )
                                                     )
     Defendants.                 )

## COMPLAINT

Plaintiff, Washington Metropolitan Area Transit Authority ("WMATA"), hereby brings this Complaint against Defendants Union Station Venture Ltd., Ark Union Station, Inc., Ark Restaurants Corporation, Jones Lang LaSalle Americas, Inc., and the Union Station Redevelopment Corporation ("Defendants") and alleges as follows:

## I.    PARTIES.

1.    WMATA is an interstate compact agency and instrumentality of the District of Columbia, State of Maryland, and the Commonwealth of Virginia.  WMATA was created to plan, finance, construct and operate a comprehensive mass transit system for the Washington Metropolitan Area.

2.      Defendant Union Station Venture Limited ("Union Station Venture") is a District of Columbia limited partnership.

3.      Defendant Ark Union Station, Inc. ("Ark Union Station") is a District of Columbia for-profit corporation.

4.      Defendant Ark Restaurants Corporation ("Ark Restaurants") is a foreign for-profit corporation doing business in the District of Columbia and, upon information and belief, was the parent corporation of Ark Union Station, which leased a premise in Union Station from Union Station Venture for use as the America Restaurant at all times relevant to this Complaint.

5.      Defendant Union Station Redevelopment Corporation ("USRC") is a District of Columbia non-profit corporation.

6.      Defendant Jones Lang LaSalle Americas, Inc. ("Jones Lang") is a foreign corporation doing business in the District of Columbia.

## II.      JURISDICTION.

7.      Jurisdiction is based upon § 81 of the WMATA Compact at 80 Stat. 1350, Pub. L. 89-774 (November 6, 1966), as amended, codified at D.C. CODE § 9-1107.01 (81), together with 28 U.S.C. § 1331.

## III.      VENUE.

8.      Venue is proper in this Court pursuant to § 81 of the WMATA Compact and 28 U.S.C. § 1391, because the real and personal property in issue were located in the District of Columbia, and the tortious activity alleged and all claims as hereinafter described arose in the District of Columbia.

## IV. STATEMENT OF FACTS.

9.  At all relevant times, Defendant Ark Union Station leased a premise in Union Station in Washington, D.C., which the Defendants Ark Union Station and the Ark Restaurants Corporation used to operate the America Restaurant.

10.  At all relevant times, Defendants Ark Union Station and Ark Restaurants leased the premise from Defendant Union Station Venture.

11.  At all relevant times, Defendant USRC was responsible for maintenance and construction projects for Union Station in Washington, D.C.

12.  At all relevant times, Defendant Jones Lang was the property management company for Union Station in Washington, D.C.

13.  On or about September 25, 2011, a sewer pipe located under the America Restaurant in Union Station broke and leaked water and other debris into a WMATA electrical traction power substation ("TPSS") located under Union Station, which caused fire and water damage to the TPSS and related equipment.

14.  The TPSS is used to power a portion of the Red Line of WMATA's Metrorail system, which WMATA operates for the public purpose of serving the mass transit needs in the Washington, D.C. metropolitan area.

15.  The water/discharge from the leaked pipe which damaged the subject WMATA electrical substation caused WMATA to incur extensive repairs, replacement of equipment, and other lost revenue.

16.  Defendants, jointly and severally, were responsible for the maintenance and repair of the pipe in issue, including preventive maintenance.

17.  Defendants, jointly and severally, had a duty to WMATA to maintain the pipe in issue in a good state of repair to avoid damage to WMATA's facilities, operations, and equipment.

Defendants, jointly and severally, knew or should have known that the pipe in issue inside Union Station was aging and prone to leaks and rupture and that such leaks or rupture could damage WMATA's facilities, operation, and equipment.  Defendants, jointly and severally, also had a duty to take immediate action to stop the water flow.

18.     As a result of Defendants joint and several negligence, WMATA incurred damages in an amount estimated to be approximately $6,000,000.

## Count I

### Negligence

19.     WMATA re-alleges and incorporates by reference paragraphs 1 through 17 of this complaint, as if fully asserted herein.

20.     At all times pertinent herein, the Defendants, jointly and severally, had a duty to maintain and prevent the pipe in issue from breaking and leaking water and other discharge causing water and fire damage to WMATA's facilities, operations, and equipment.

21.     Defendants, jointly severally, breached their duty to WMATA by not maintaining or preventing the pipe in question from breaking and leaking water, and otherwise failing to take immediate action once the pipe failed.  This directly and proximately resulted in extensive damage to WMATA's facilities, operations, and equipment.

22.     As a direct and proximate result of Defendants' negligence breach of its duty, WMATA incurred damages in the approximate amount of $6,000,000.

WHEREFORE, WMATA requests that this Court enter judgment against the Defendants, jointly and severally, in the amount of $6,000,000, plus pre- and post-judgment interest and costs, and order such other and further relief as this Court deems appropriate.

## JURY DEMAND

Pursuant to FED. R. CIV. P. 38 (b)(1), Plaintiff WMATA demands a trial by jury of the

above-captioned case.

Respectfully submitted,

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY

Kathyn Pett #1013423
General Counsel

/s/ Gerard J. Stief
Gerard J. Stief #925933
Chief Counsel, Appeals &
Special Litigation

/s/ Michael K. Guss
Michael K. Guss #465171
Associate General Counsel
WMATA-COUN
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-1468